FILED
CLERK, U.S. DISTRICT COURT

AUG 1 5 2013

CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>        v.<br><br>ISRAEL GONZALEZ<br><br>             Defendant. | CR 08-0712-GW-3<br><br>ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation/ Supervised Release Conditions) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) ☒  the appearance of defendant as required; and/or

(B) ☒  the safety of any person or the community.

//

//

The court concludes:

A. [X]  Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_he will refrain from criminal conduct. See defendant's criminal history_

(B) [X]  Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_he will appear at all court appearances. No bail resources, illegal immigration status._

IT IS ORDERED that defendant be detained.

DATED: 8/15/13

SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE

2